**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6557

WILLIE KARL BEAN,

Petitioner - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; UNITED
STATES PAROLE COMMISSION; COURT SERVICE AND
OFFENDER SUPERVISION AGENCY; FEDERAL BUREAU OF
PRISONS,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis III, District
Judge.  (CA-05-253-1)

Submitted:  July 14, 2005          Decided:  July 27, 2005

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Karl Bean, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Karl Bean appeals the district court order dismissing his civil rights complaint. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. See Bean v. United States Dep't of Justice, No. CA-05-253-1 (E.D. Va. Mar. 25, 2005). We deny Bean's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

AFFIRMED

---

[*]Jurisdiction was proper in the District Court for the District of Columbia where this case was originally filed. However, because the district court's disposition of the case is correct regardless of which district court were to review this case, there is no need to transfer the case back to the District Court for the District of Columbia. See 28 U.S.C. § 1631 (2000).